**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| PARALLEL NETWORKS, LLC,<br><br>                               Plaintiff,<br><br>v.<br><br>AEO, INC., ET AL.,<br><br>                               Defendants. | Case No. 6:10-cv-00275-LED<br><br>**JURY TRIAL DEMANDED** |

**ORDER ON MOTION TO DISMISS DEFENDANT THE NORTH FACE, INC.
WITHOUT PREJUDICE**

After considering the parties Agreed Motion to Dismiss, the court GRANTS the dismissal, and dismisses Defendant The North Face, Inc. without prejudice.

**So ORDERED and SIGNED this 1st day of July, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**