# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **PARALLEL NETWORKS, LLC,** | |
| Plaintiff, | |
| v. | 6:10-CV-00275 |
| **AEO, INC., et al.,** | **JURY TRIAL DEMANDED** |
| Defendants. | |

## MUSICIAN'S FRIEND, INC.'S FED. R. CIV. P. 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim Plaintiff Musician's Friend, Inc. discloses that it is a wholly-owned subsidiary of Guitar Center, Inc, which is a wholly-owned subsidiary of Bain Capital Partners LLC. No publicly held company owns 10% or more of Musician's Friend, Inc.'s stock.

Dated: July 29, 2010                       Respectfully submitted,

                                           FISH & RICHARDSON P.C.


                                           By: */s/ Neil J. McNabnay*
                                               Thomas M. Melsheimer
                                               Texas Bar No. 13922550
                                               txm@fr.com
                                               Neil J. McNabnay
                                               Texas Bar No. 24002583
                                               njm@fr.com
                                               Britnee M. Reamy
                                               Texas Bar No. 24053439
                                               bmr@fr.com
                                               David B. Conrad
                                               Texas Bar No. 24049042
                                               dbc@fr.com
                                               1717 Main Street, Suite 5000
                                               Dallas, Texas 75201
                                               (214) 747-5070 Telephone
                                               (214) 747-2091 Facsimile

                                           **Counsel for Defendant
                                           MUSICIAN'S FRIEND, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 29, 2010, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                           */s/ Neil J. McNabnay*
                                           Neil J. McNabnay