**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

PARALLEL NETWORKS, LLC,

                            Plaintiff,

        v.

AEO, INC., et al.

                            Defendants.

Civil Action No. 6:10-CV-00275-LED

JURY TRIAL DEMANDED

**DEFENDANT PATAGONIA, INC.'S ANSWER, AFFIRMATIVE DEFENSES,
AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT**

Defendant Patagonia, Inc. ("Patagonia") answers the Complaint of Parallel Networks,

LLC ("Parallel Networks" or "Plaintiff") as follows:

## I.   THE PARTIES

1.      Patagonia is without knowledge or information sufficient to form a belief as to the

truth of the allegations paragraph 1 and therefore denies them.

2.      The allegations of paragraph 2 are not directed to Patagonia, and therefore no

answer is required.  Patagonia is without knowledge or information sufficient to form a belief as

to the truth of these allegations and therefore denies them.

3.      The allegations of paragraph 3 are not directed to Patagonia, and therefore no

answer is required.  Patagonia is without knowledge or information sufficient to form a belief as

to the truth of these allegations and therefore denies them.

4.      The allegations of paragraph 4 are not directed to Patagonia, and therefore no

answer is required.  Patagonia is without knowledge or information sufficient to form a belief as

to the truth of these allegations and therefore denies them.

5.      The allegations of paragraph 5 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

6.      The allegations of paragraph 6 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

7.      The allegations of paragraph 7 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

8.      The allegations of paragraph 8 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

9.      The allegations of paragraph 9 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

10.      The allegations of paragraph 10 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

11.      The allegations of paragraph 11 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

12.     The allegations of paragraph 12 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

13.     The allegations of paragraph 13 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

14.     The allegations of paragraph 14 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

15.     The allegations of paragraph 15 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

16.     The allegations of paragraph 16 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

17.     The allegations of paragraph 17 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

18.     The allegations of paragraph 18 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

19.    The allegations of paragraph 19 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

20.    The allegations of paragraph 20 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

21.    The allegations of paragraph 21 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

22.    The allegations of paragraph 22 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

23.    The allegations of paragraph 23 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

24.    The allegations of paragraph 24 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

25.    The allegations of paragraph 25 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

26.     The allegations of paragraph 26 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

27.     The allegations of paragraph 27 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

28.     The allegations of paragraph 28 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

29.     The allegations of paragraph 29 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

30.     The allegations of paragraph 30 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

31.     The allegations of paragraph 31 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

32.     The allegations of paragraph 32 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

33.     The allegations of paragraph 33 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

34.     The allegations of paragraph 34 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

35.     The allegations of paragraph 35 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

36.     The allegations of paragraph 36 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

37.     Patagonia admits the allegations of paragraph 37.

38.     The allegations of paragraph 38 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

39.     The allegations of paragraph 39 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

40.     The allegations of paragraph 40 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

41.     The allegations of paragraph 41 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

42.     The allegations of paragraph 42 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

43.     The allegations of paragraph 43 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

44.     The allegations of paragraph 44 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

45.     The allegations of paragraph 45 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

46.     The allegations of paragraph 46 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

47.     The allegations of paragraph 47 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

48.     The allegations of paragraph 48 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

49.     The allegations of paragraph 49 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

50.     The allegations of paragraph 50 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

51.     The allegations of paragraph 51 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

52.     The allegations of paragraph 52 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

53.     The allegations of paragraph 53 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

54.     The allegations of paragraph 54 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

55.     The allegations of paragraph 55 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

56.     The allegations of paragraph 56 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

57.     The allegations of paragraph 57 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

58.     The allegations of paragraph 58 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

## JURISDICTION AND VENUE

1.     Patagonia admits that this action purports to bring an action arising under the patent laws of the United States, Title 35 of the United States Code.  Patagonia also admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a), but denies that it is committing or has committed any act of infringement alleged in the Complaint. Patagonia denies the remaining allegations of this paragraph, as they relate to Patagonia.  As to the other defendants, Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

2.     Patagonia admits that venue is proper under 28 U.S.C. §§ 1339(b), 1391(c) and 1400(b).  Patagonia denies that it is committing or has committed any act of infringement alleged in the Complaint.  Patagonia denies the remaining allegations of this paragraph, as they relate to

Patagonia.  As to the other defendants, Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 6,446,111

3.       Patagonia admits that the face of U.S. Patent No. 6,446,111 (õthe ¬111 patentö) indicates that it is entitled õMethod and Apparatus for Client-Server Communications Using a Limited Capability Client Over a Low Speed Communications Networkö and that it issued on September 3, 2002.  Patagonia denies that the ¬111 patent was duly and legally issued.

4.       Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

5.       Patagonia denies the allegations of paragraph 5.

6.       The allegations of paragraph 6 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

7.       The allegations of paragraph 7 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

8.       The allegations of paragraph 8 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

9.       The allegations of paragraph 9 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

10.     The allegations of paragraph 10 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

11.     The allegations of paragraph 11 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

12.     The allegations of paragraph 12 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

13.     The allegations of paragraph 13 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

14.     The allegations of paragraph 14 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

15.     The allegations of paragraph 15 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

16.     The allegations of paragraph 16 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

17.     The allegations of paragraph 17 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

18.     The allegations of paragraph 18 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

19.     The allegations of paragraph 19 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

20.     The allegations of paragraph 20 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

21.     The allegations of paragraph 21 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

22.     The allegations of paragraph 22 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

23.     The allegations of paragraph 23 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

24.    The allegations of paragraph 24 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

25.    The allegations of paragraph 25 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

26.    The allegations of paragraph 26 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

27.    The allegations of paragraph 27 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

28.    The allegations of paragraph 28 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

29.    The allegations of paragraph 29 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

30.    The allegations of paragraph 30 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

31.     The allegations of paragraph 31 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

32.     The allegations of paragraph 32 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

33.     The allegations of paragraph 33 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

34.     The allegations of paragraph 34 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

35.     The allegations of paragraph 35 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

36.     The allegations of paragraph 36 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

37.     The allegations of paragraph 37 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

38.     The allegations of paragraph 38 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

39.     The allegations of paragraph 39 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

40.     The allegations of paragraph 40 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

41.     The allegations of paragraph 41 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

42.     The allegations of paragraph 42 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them

43.     The allegations of paragraph 43 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them

44.     The allegations of paragraph 44 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them

45.     The allegations of paragraph 45 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them

46.     The allegations of paragraph 46 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

47.     The allegations of paragraph 47 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

48.     The allegations of paragraph 48 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

49.     The allegations of paragraph 49 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

50.     The allegations of paragraph 50 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

51.     The allegations of paragraph 51 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

52.     The allegations of paragraph 52 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

53.     The allegations of paragraph 53 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

54.     The allegations of paragraph 54 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

55.     The allegations of paragraph 55 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

56.     The allegations of paragraph 56 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

57.     The allegations of paragraph 57 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

58.     The allegations of paragraph 58 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

59.     The allegations of paragraph 59 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

60.     The allegations of paragraph 60 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

61.     The allegations of paragraph 61 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

62.     The allegations of paragraph 62 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them

63.     The allegations of paragraph 63 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them

64.     The allegations of paragraph 64 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them

65.     The allegations of paragraph 65 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them

66.      The allegations of paragraph 66 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

67.      The allegations of paragraph 67 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

68.      The allegations of paragraph 68 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

69.      The allegations of paragraph 69 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

70.      The allegations of paragraph 70 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

71.      The allegations of paragraph 71 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

72.      The allegations of paragraph 72 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

73.     The allegations of paragraph 73 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

74.     The allegations of paragraph 74 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

75.     The allegations of paragraph 75 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

76.     The allegations of paragraph 76 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

77.     The allegations of paragraph 77 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

78.     The allegations of paragraph 78 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

79.     The allegations of paragraph 79 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

80.     The allegations of paragraph 80 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

81.     The allegations of paragraph 81 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

82.     The allegations of paragraph 82 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

83.     The allegations of paragraph 83 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

84.     The allegations of paragraph 84 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

85.     The allegations of paragraph 85 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

86.     The allegations of paragraph 86 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

87.     The allegations of paragraph 87 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

88.     The allegations of paragraph 88 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

89.     The allegations of paragraph 89 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

90.     The allegations of paragraph 90 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

91.     The allegations of paragraph 91 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

92.     The allegations of paragraph 92 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

93.     The allegations of paragraph 93 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

94.     The allegations of paragraph 94 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

95.     The allegations of paragraph 95 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

96.     The allegations of paragraph 96 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

97.     The allegations of paragraph 97 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

98.     The allegations of paragraph 98 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

99.     The allegations of paragraph 99 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

100.     The allegations of paragraph 100 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

101.    The allegations of paragraph 101 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

102.    The allegations of paragraph 102 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

103.    The allegations of paragraph 103 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

104.    The allegations of paragraph 104 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

105.    The allegations of paragraph 105 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

106.    The allegations of paragraph 106 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

107.    The allegations of paragraph 107 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

108.     The allegations of paragraph 108 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

109.     The allegations of paragraph 109 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

110.     The allegations of paragraph 110 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

111.     The allegations of paragraph 111 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

112.     The allegations of paragraph 112 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

113.     The allegations of paragraph 113 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

114.     The allegations of paragraph 114 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

115.     The allegations of paragraph 115 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

116.     The allegations of paragraph 116 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

117.     The allegations of paragraph 117 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

118.     The allegations of paragraph 118 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

119.     The allegations of paragraph 119 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

120.     The allegations of paragraph 120 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

121.     The allegations of paragraph 121 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

122.     The allegations of paragraph 122 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

123.     The allegations of paragraph 123 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

124.     The allegations of paragraph 124 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

125.     The allegations of paragraph 125 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

126.     The allegations of paragraph 126 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

127.     The allegations of paragraph 127 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

128.     The allegations of paragraph 128 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

129.     The allegations of paragraph 129 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

130.     The allegations of paragraph 130 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

131.     The allegations of paragraph 131 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

132.     The allegations of paragraph 132 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

133.     The allegations of paragraph 133 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

134.     The allegations of paragraph 134 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

135.     The allegations of paragraph 135 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

136.    The allegations of paragraph 136 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

137.    The allegations of paragraph 137 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

138.    The allegations of paragraph 138 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

139.    The allegations of paragraph 139 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

140.    The allegations of paragraph 140 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

141.    The allegations of paragraph 141 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

142.    The allegations of paragraph 142 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

143.    The allegations of paragraph 143 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

144.    The allegations of paragraph 144 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

145.    The allegations of paragraph 145 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them

146.    Patagonia denies the allegations of paragraph 146.

147.    Patagonia denies the allegations of paragraph 147.

148.    Patagonia denies the allegations of paragraph 148.

149.    Patagonia denies the allegations of paragraph 149.

150.    The allegations of paragraph 150 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

151.    The allegations of paragraph 151 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

152.    The allegations of paragraph 152 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

153.     The allegations of paragraph 153 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

154.     The allegations of paragraph 154 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

155.     The allegations of paragraph 155 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

156.     The allegations of paragraph 156 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

157.     The allegations of paragraph 157 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

158.     The allegations of paragraph 158 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

159.     The allegations of paragraph 159 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

160.     The allegations of paragraph 160 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

161.     The allegations of paragraph 161 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

162.     The allegations of paragraph 162 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

163.     The allegations of paragraph 163 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

164.     The allegations of paragraph 164 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

165.     The allegations of paragraph 165 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them

166.     The allegations of paragraph 166 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them

167.    The allegations of paragraph 167 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them

168.    The allegations of paragraph 168 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them

169.    The allegations of paragraph 169 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

170.    The allegations of paragraph 170 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

171.    The allegations of paragraph 171 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

172.    The allegations of paragraph 172 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

173.    The allegations of paragraph 173 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

174.    The allegations of paragraph 174 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

175.    The allegations of paragraph 175 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

176.    The allegations of paragraph 176 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

177.    The allegations of paragraph 177 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

178.    The allegations of paragraph 178 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

179.    The allegations of paragraph 179 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

180.    The allegations of paragraph 180 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

181.    The allegations of paragraph 181 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

182.    The allegations of paragraph 182 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

183.    The allegations of paragraph 183 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

184.    The allegations of paragraph 184 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

185.    The allegations of paragraph 185 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

186.    The allegations of paragraph 186 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

187.    The allegations of paragraph 187 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

188.     The allegations of paragraph 188 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

189.     The allegations of paragraph 189 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

190.     The allegations of paragraph 190 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

191.     The allegations of paragraph 191 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

192.     The allegations of paragraph 192 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

193.     The allegations of paragraph 193 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

194.     The allegations of paragraph 194 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

195.    The allegations of paragraph 195 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

196.    The allegations of paragraph 196 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

197.    The allegations of paragraph 197 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

198.    The allegations of paragraph 198 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

199.    The allegations of paragraph 199 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

200.    The allegations of paragraph 200 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

201.    The allegations of paragraph 201 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

202.     The allegations of paragraph 202 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

203.     The allegations of paragraph 203 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

204.     The allegations of paragraph 204 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

205.     The allegations of paragraph 205 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

206.     The allegations of paragraph 206 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

207.     The allegations of paragraph 207 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

208.     The allegations of paragraph 208 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

209.    The allegations of paragraph 209 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

210.    The allegations of paragraph 210 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

211.    The allegations of paragraph 211 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

212.    The allegations of paragraph 212 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

213.    The allegations of paragraph 213 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

214.    The allegations of paragraph 214 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

215.    The allegations of paragraph 215 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

216.     The allegations of paragraph 216 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

217.     The allegations of paragraph 217 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

218.     The allegations of paragraph 218 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

219.      The allegations of paragraph 219 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

220.     The allegations of paragraph 220 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

221.     The allegations of paragraph 221 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

222.     The allegations of paragraph 222 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

223.     The allegations of paragraph 223 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

224.     The allegations of paragraph 224 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

225.     The allegations of paragraph 225 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

226.     The allegations of paragraph 226 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

227.     The allegations of paragraph 227 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

228.     The allegations of paragraph 228 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

229.     The allegations of paragraph 229 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

230.    The allegations of paragraph 230 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

231.    The allegations of paragraph 231 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

232.    The allegations of paragraph 232 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

233.    The allegations of paragraph 233 are not directed to Patagonia, and therefore no answer is required.  Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

234.    Patagonia denies the allegations of paragraph 234, as they relate to Patagonia.  As to the other defendants, Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

235.    Patagonia denies the allegations of paragraph 235, as they relate to Patagonia.  As to the other defendants, Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

236.    Patagonia denies the allegations of paragraph 236, as they relate to Patagonia.  As to the other defendants, Patagonia is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

## PRAYER FOR RELIEF

These paragraphs set forth the statement of relief requested by Plaintiff to which no response is required.  To the extent an answer is required, Patagonia denies that Plaintiff is entitled to any of the requested relief and denies any such allegations.

## JURY DEMAND

This paragraph sets forth Plaintiff's request for a jury trial to which no response is required.  Patagonia also requests a trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

Patagonia's Affirmative Defenses are below.  Patagonia reserves the right to amend its Answer to add additional Affirmative Defenses, including instances of inequitable conduct, consistent with the facts discovered in this case.

### FIRST DEFENSE
### (No Infringement)

237.   Patagonia has not infringed, directly, contributorily, by inducement, or otherwise, literally or under the doctrine of equivalents, any valid and enforceable claim of the '111 patent and is not liable for any acts of infringement of any such claim of the '111 patent.

### SECOND DEFENSE
### (Patent Invalidity)

238.   The claims of the '111 patent are invalid under one or more sections of Title 35 of the U.S. Code, including, without limitation, 35 U.S.C. §§ 101, 102, 103 and/or 112.

### THIRD DEFENSE
### (Failure to State a Claim)

239.   Upon information and belief, the Complaint, and each purported claim alleged therein, fail to state facts upon which relief can be granted against Patagonia.

## FOURTH DEFENSE
### (No Willful Infringement)

240.    Should Patagonia be found to infringe the ₁11 patent, such infringement was not willful.

## FIFTH DEFENSE
### (Estoppel)

241.    Upon information and belief, by reason of proceedings in the U.S. Patent and Trademark Office during the prosecution of the applications that resulted in the ₁11 patent, as shown by the file histories, and by reason of the amendment, cancellation or abandonment of claims, and the admissions and other statements made therein by or on behalf of the patentee(s), Plaintiff is estopped from claiming a construction of the ₁11 patent that would cause any valid, enforceable claim thereof to cover or include any method or product manufactured, used, sold, or offered for sale by Patagonia.

## SIXTH DEFENSE
### (Waiver, Laches and Estoppel)

242.    Plaintiff's alleged claims regarding the ₁11 patent are barred by the doctrines of waiver, laches and/or estoppel.

## COUNTERCLAIMS

Counterclaim-Plaintiff Patagonia, Inc. ("Patagonia"), for its Counterclaims against Counterclaim-Defendant Parallel Networks, LLC ("Parallel Networks") and upon information and belief, states as follows:

## THE PARTIES

243.    Patagonia, Inc. is a corporation with a place of business at 259 West Santa Clara Street, Ventura, California.

244.     According to paragraph 1 of its Complaint, "Parallel Networks LLC ("Parallel Networks" or "Plaintiff") is a Texas Limited Liability Company with its place of business at 100 E. Ferguson Street, Suite 602 in Tyler, Texas."

## JURISDICTION AND VENUE

245.     This Court has jurisdiction over the subject matter of these Counterclaims under, without limitation, 28 U.S.C. §§ 1331, 1338, 2201, and 2202, and venue for these Counterclaims is proper in this district under at least 28 U.S.C. § 1391.

246.     This Court has personal jurisdiction over Parallel Networks because Parallel Networks has submitted itself to the personal jurisdiction of this Court by commencing this action.

## COUNT ONE
### (Declaratory Judgment of Non-Infringement of the '111 Patent)

247.     An actual case or controversy exists between Patagonia and Parallel Networks as to whether United States Patent No. 6,446,111 ("the '111 patent") is not infringed by Patagonia.

248.     A judicial declaration is necessary and appropriate so Patagonia may ascertain its rights regarding the '111 patent.

249.     Patagonia has not infringed, directly, contributorily, by inducement, or otherwise, literally or under the doctrine of equivalents, any valid and enforceable claim of the '111 patent and is not liable for any acts of infringement of any such claim of the '111 patent.

## COUNT TWO
### (Declaratory Judgment of Invalidity of the '111 Patent)

250.     Patagonia restates and incorporates by reference its allegations in the previous paragraphs in these Counterclaims.

251.     An actual case or controversy exists between Patagonia and Parallel Networks as to whether the claims of the '111 patent are invalid.

252.    A judicial declaration is necessary and appropriate so Patagonia may ascertain its rights as to whether the claims of the '111 patent are invalid.

253.    The claims of the '111 patent are invalid for failure to meet the conditions of patentability and/or otherwise comply with one or more sections of Title 35 of the U.S. Code, including, without limitation, 35 U.S.C. §§ 101, 102, 103 and/or 112.

### PRAYER FOR RELIEF

WHEREFORE, Patagonia, Inc. prays for judgment as follows:

a.    A judgment dismissing with prejudice Parallel Networks' Complaint against Patagonia and ordering that Parallel Networks take nothing by its complaint;

b.    A judgment in favor of Patagonia on all of its Counterclaims;

c.    A declaration that Patagonia has not infringed directly, contributorily, by inducement, or otherwise, literally or under the doctrine of equivalents, any valid and enforceable claim of the '111 patent and is not liable for any acts of infringement of any such claim of the '111 patent;

d.    A declaration that the claims of the '111 patent are invalid;

e.    An award of costs to Patagonia pursuant to 35 U.S.C. § 284;

f.    A finding that this is an exceptional case pursuant to 35 U.S.C. § 285 and an award to Patagonia of its reasonable attorney fees; and

g.    Such other and further relief as this Court deems just and proper.

## JURY DEMAND

Patagonia hereby demands a trial by jury on all issues.


Dated:  July 29, 2010                          Respectfully submitted,


                                               By: /s/ Kenneth J. Jurek
                                               J. Thad Heartfield (Texas Bar No. 09346800)
                                               The Heartfield Law Firm
                                               2195 Dowlen Road
                                               Beaumont, Texas 77706
                                               Telephone: (409) 866-3318
                                               Fax: (409) 866-5789
                                               E-mail:  thad@jth-law.com

                                               Kenneth J. Jurek
                                               John G. Bisbikis
                                               Brett E. Bachtell
                                               McDermott Will & Emery LLP
                                               227 West Monroe Street
                                               Chicago, Illinois 60606
                                               Telephone:  (312) 372-2000
                                               Fax:  (312) 984-7700
                                               E-mail:  kjurek@mwe.com
                                               E-mail:  jbisbikis@mwe.com
                                               E-mail:  bbachtell@mwe.com

                                               Attorneys for Defendant Patagonia, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 29, 2010.


    /s/   Kenneth J. Jurek
          Kenneth J. Jurek