**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| PARALLEL NETWORKS, LLC, | § § § | |
| Plaintiff | § § | |
| v. | § § | Case No. 6:10-cv-275-LED |
| AEO, INC., et al, | § § § | |
| Defendants | § § | **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO WITHDRAW AS ATTORNEYS
OF RECORD FOR DEFENDANT RECREATIONAL EQUIPMENT, INC.**

Defendant Recreational Equipment, Inc. ("REI") files this Motion to Withdraw as Attorneys of Record, requesting that John M. Guaragna and Brian K. Erickson of DLA Piper LLP (US) be permitted to withdraw as counsel for REI in this matter.

The withdrawal of John M. Guaragna and Brian K. Erickson will not delay this proceeding, and no prejudice will result to any party. REI is currently represented by The Heartfield Law Firm and McDermott Will & Emery.

Counsel for defendant REI has conferred with counsel for Plaintiff on this issue and Plaintiff has no objection to the withdrawal of John M. Guaragna and Brian K. Erickson as counsel for REI. REI consents to the withdrawal of John M. Guaragna and Brian K. Erickson as counsel of record in this matter.

WHEREFORE, Defendant REI respectfully requests that this Court grant this Motion to Withdraw in its entirety and enter an Order permitting John M. Guaragna and Brian K. Erickson to withdraw from this action as counsel for Defendant Recreational Equipment, Inc.

Dated: August 4, 2010                               Respectfully submitted,

By: /s/ Brian K. Erickson
JOHN M. GUARAGNA (Bar No. 24043308)
BRIAN K. ERICKSON (Bar No. 24012594)
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Tel: (512) 457.7000
Fax: (512) 457.7001

ATTORNEYS FOR DEFENDANT
RECREATIONAL EQUIPMENT, INC.

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of August 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ Brian K. Erickson
Brian K. Erickson

### CERTIFICATE OF CONFERENCE

The undersigned counsel has conferred with counsel for Plaintiff regarding this motion, and Plaintiff has agreed to the relief sought in this motion.

/s/ Brian K. Erickson
Brian K. Erickson