IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Parallel Networks, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AEO Inc., et al. <br><br> Defendants | No. 6:10-cv-00275-LED <br><br> Jury Trial Demanded |

# PLAINTIFF'S ANSWER TO THE COUNTERCLAIMS OF GOOGLE INC.

Plaintiff Parallel Networks, LLC ("Parallel Networks") hereby Answers the Counterclaims [Dkt. No. 216] of Defendant Google Inc. ("Google"), by corresponding paragraph number as follows:

## NATURE OF THE ACTION

1. Admits that Google purports to seek declaratory relief for non-infringement, invalidity, and unenforceability of U.S. Patent No. 6,446,111 ("the '111 Patent") and that Google seeks judgment under the patent laws and the Declaratory Judgment Act, but denies that Google is entitled to such relief, or any further relief. Parallel Networks denies the remaining allegations of paragraph 1 of Defendant's Counterclaims.

## PARTIES

2. Admitted.

3. Admitted.

## JURISDICTION AND VENUE

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

## COUNT I

## DECLARATORY RELIEF REGARDING NON-INFRINGEMENT

8. Admitted.

9. Admits that Google purports to seek a declaration by the Court that Google has not infringed, and does not infringe, any valid claim of the '111 Patent, but denies that Google is entitled to such relief, or any further relief. Parallel Networks denies the remaining allegations of paragraph 9 of Defendant's Counterclaims.

## COUNT II

## DECLARATORY RELIEF REGARDING INVALIDITY

10. Admitted.

11. Admits that Google purports to seek a declaration by the Court that each claim of the '111 patent is invalid for failing to satisfy the conditions for patentability, but denies that Google is entitled to such relief, or any further relief. Parallel Networks denies the remaining allegations of paragraph 11 of Defendant's Counterclaims.

## COUNT III

## DECLARATORY RELIEF REGARDING UNENFORCEABILITY

12. Admitted.

13. Admits that Google purports to seek a declaration by the Court that the claim of the '111 patent are unenforceable, but denies that Google is entitled to such relief, or any further

relief. Parallel Networks denies the remaining allegations of paragraph 13 of Defendant's Counterclaims.

## PRAYER FOR RELIEF

Parallel Networks denies that Google is entitled to any relief, including that requested in its Prayer for Relief.

## JURY DEMAND

Google's Jury Demand is an averment to which no responsive pleading is required.

Dated: August 9, 2010                                            Respectfully submitted,

                                                                 By: /s/ Andrew W. Spangler
                                                                 Andrew W. Spangler
                                                                 State Bar No. 24041960
                                                                 Spangler Law P.C.
                                                                 208 N. Green St., Suite 300
                                                                 Longview, TX 75601
                                                                 Telephone: (903) 753-9300
                                                                 Facsimile: (903) 553-0403
                                                                 Email:spangler@spanglerlawpc.com

                                                                 George S. Bosy (*pro hac vice*)
                                                                 David R. Bennett (*pro hac vice*)
                                                                 Bosy & Bennett
                                                                 3712 N. Broadway
                                                                 P.O. Box 659
                                                                 Chicago, IL 60613
                                                                 Telephone: (773) 281-3826
                                                                 Email: gbosy@bosybennett.com
                                                                        dbennett@bosybennett.com

                                                                 ATTORNEYS FOR PLAINTIFF
                                                                 PARALLEL NETWORKS, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 9th day of August, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                        /s/ Andrew W. Spangler
                                        Andrew W. Spangler