IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Parallel Networks, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AEO Inc., et al.<br><br>    Defendants | No. 6:10-cv-00275-LED<br><br>Jury Trial Demanded |

**PLAINTIFF'S ANSWER TO THE COUNTERCLAIMS OF MUSICIAN'S FRIEND**

Plaintiff Parallel Networks, LLC ("Parallel Networks") hereby Answers the Counterclaims [Dkt. No. 206] of Defendant Musician's Friend, Inc. ("Musician's Friend"), by corresponding paragraph number as follows:

**THE PARTIES**

243. Admitted.

244. Admitted.

**JURISDICTION**

245. Admitted.

246. Admitted.

**COUNT I**

**DECLARATORY RELIEF REGARDING NON-INFRINGEMENT**

247. Admitted.

248. Admits that Musician's Friend purports to seek declaratory relief for non-infringement of the '111 Patent, but denies that Musician's Friend is entitled to such

1

relief, or any further relief. Parallel Networks denies the remaining allegations of paragraph 248 of Defendant's Counterclaims.

## COUNT II

## DECLARATORY RELIEF REGARDING INVALIDITY

249.    Admitted.

250.    Admits that Musician's Friend purports to seek declaratory relief that each of the claims of the '111 Patent are invalid, but denies that Musician's Friend is entitled to such relief, or any further relief. Parallel Networks denies the remaining allegations of paragraph 250 of Defendant's Counterclaims.

## COUNT III

## DECLARATORY RELIEF REGARDING UNENFORCEABILITY

251.    Admitted.

252.    Admits that Musician's Friend purports to seek declaratory relief that the claims of the '111 Patent are unenforceable, but denies that Musician's Friend is entitled to such relief, or any further relief. Parallel Networks denies the remaining allegations of paragraph 252 of Defendant's Counterclaims.

## PRAYER FOR RELIEF

Parallel Networks denies that Musician's Friend is entitled to any relief, including that requested in its Prayer for Relief.

## JURY DEMAND

Musician's Friend's Jury Demand is an averment to which no responsive pleading is required.

Dated: August 9, 2010

Respectfully submitted,

By: /s/ Andrew W. Spangler
Andrew W. Spangler
State Bar No. 24041960
Spangler Law P.C.
208 N. Green St., Suite 300
Longview, TX 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403
Email:spangler@spanglerlawpc.com

George S. Bosy (*pro hac vice*)
David R. Bennett (*pro hac vice*)
Bosy & Bennett
3712 N. Broadway
P.O. Box 659
Chicago, IL 60613
Telephone: (773) 281-3826
Email: gbosy@bosybennett.com
dbennett@bosybennett.com

ATTORNEYS FOR PLAINTIFF
PARALLEL NETWORKS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 9th day of August, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Andrew W. Spangler
Andrew W. Spangler