## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Parallel Networks, LLC, | |
| Plaintiff, | No. 6:10-cv-00275-LED |
| v. | Jury Trial Demanded |
| AEO, Inc., et al. | |
| Defendants. | |

## ORDER ON MOTION TO DISMISS DEFENDANT WOMEN'S APPAREL GROUP, LLC D/B/A BOSTON APPAREL GROUP, LLC WITHOUT PREJUDICE

After considering Plaintiff's Notice of Dismissal of Complaint Against Women's Apparel Group, LLC D/B/A Boston Apparel Group, LLC Without Prejudice, the Court GRANTS the dismissal, and dismisses Defendant Women's Apparel Group, LLC D/B/A Boston Apparel Group, LLC without prejudice.

**So ORDERED and SIGNED this 19th day of August, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**