IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Parallel Networks, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AEO Inc., et al.<br><br>    Defendants. | No. 6:10-cv-00275-LED<br><br>Jury Trial Demanded |

### NOTICE OF READINESS FOR SCHEDULING CONFERENCE

COMES NOW Plaintiff, Plaintiff Parallel Networks, LLC, and hereby notifies the Court pursuant to the Court's Order dated July 27, 2010 [D.I. 197] that the case is ready for a scheduling conference. All of the Defendants have either answered or filed a motion to dismiss.

There are motions to dismiss currently pending.

Dated:  August 24, 2010                                                   Respectfully submitted,

                                                                          By:  /s/ Andrew W. Spangler
                                                                               Andrew W. Spangler
                                                                               State Bar No. 24041960
                                                                               Spangler Law P.C.
                                                                               208 N. Green St., Suite 300
                                                                               Longview, TX 75601
                                                                               Telephone:  (903) 753-9300
                                                                               Facsimile:  (903) 553-0403
                                                                               Email:spangler@spanglerlawpc.com

                                                                               George S. Bosy (*pro hac vice*)
                                                                               David R. Bennett (*pro hac vice*)
                                                                               Bosy & Bennett
                                                                               3712 N. Broadway
                                                                               P.O. Box 659
                                                                               Chicago, IL 60613
                                                                               Telephone: (773) 281-3826
                                                                               Email: gbosy@bosybennett.com

1

                                          dbennett@bosybennett.com

                                          ATTORNEYS FOR PLAINTIFF
                                          PARALLEL NETWORKS, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 24th day of August, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                          /s/ Andrew W. Spangler
                                          Andrew W. Spangler